

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2013

No. 04-13-00269-CV

**IN RE** Andrea Hall **DOOLITTLE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Catherine Stone, Chief Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

On April 29, 2013, Relator Andrea Hall Doolittle filed a petition for writ of mandamus and an emergency motion to stay temporary orders. The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 6, 2013.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CI-19384, styled *In the Interest of C.P.D. and A.P.D., Children*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.